**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN KELIHER and BEACON HILL STAFFING GROUP, LLC,<br><br>Defendants. | ) | CASE NO. 17-cv-10404-ADB |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Randstad General Partner (US) LLC ("Randstad"), by and through its undersigned counsel, hereby voluntarily dismisses this action with prejudice, without costs, waiving all rights of appeal.

Respectfully submitted,

RANDSTAD GENERAL PARTNER (US), LLC,
By its Attorneys,

*/s/ Dawn Mertineit*

Erik W. Weibust (BBO # 663270)
Dawn Mertineit (BBO #669988)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone: 617-946-4800
Facsimile: 617-946-4801
eweibust@seyfarth.com
dmertineit@seyfarth.com

Date: June 16, 2017

## CERTIFICATE OF SERVICE

I, Dawn Mertineit, hereby certify that this document, filed through the ECF system on June 16, 2017, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and will be sent via first class mail and email to any non-registered participants.

/s/ Dawn Mertineit
Dawn Mertineit